# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Great Lakes Dredge & Dock Company, LLC ) ASBCA No. 61824
)
Under Contract No. W912BU-15-C-0007 )

APPEARANCES FOR THE APPELLANT: Nicholas J. Zaita, Esq.
  Lewis DiBiasi Zaita & Higgins
  Saddle River, NJ

  Paul R. Hurst, Esq.
  Steptoe & Johnson LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
  Maria T. Guerin, Esq.
  John A. Skarbek, Esq.
  Benjamin S. Johnson, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within six months of the date of this Order.

Dated: May 23, 2019

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61824, Appeal of Great Lakes Dredge & Dock Company, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals